AP-77,038
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/31/2016 2:43:13 PM
Accepted 6/1/2016 8:14:41 AM
ABEL ACOSTA
CLERK

# RICHARD E. WETZEL
ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 474-5594 - fax
wetzel_law @1411west.com
www.TexasCriminalAppealsLawyer.com

May 31, 2016

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX
78711

FILED IN
COURT OF CRIMINAL APPEALS

June 1, 2016

ABEL ACOSTA, CLERK

Re: Petetan v. State, No. AP-77,038

Dear Mr. Acosta:

Pursuant to your request of April 25, 2016, please accept the following as a statement regarding oral argument in the above pursuant to TEX. R. APP. P. 71.3. This is a capital murder case in which the death penalty was assessed. A total of 30 points of error are presented in appellant's opening and supplemental briefs.

Among the issued to be resolved on direct appeal are the following:

Whether the trial court abused its discretion by allowing the State to invoke Petetan's attorney-client privilege as to testimony he sought to offer from his former attorney on the issue of competency to stand trial (Point of Error One). Whether the trial court abused its discretion by excluding evidence Petetan sought to offer concerning the legal fate of those who obtain an incompetency determination through malingering (Point of Error Two). Whether the jury's answer to the intellectual disability special issue is against the great weight and preponderance of the evidence (Point of Error 10).

The tenth point of error includes a challenge to this Court's jurisprudence in *Ex parte Briseno,* 135 S.W.3d 1 (Tex. Crim. App. 2004). That opinion is receiving

keen interest from the Supreme Court of the United States in *Moore v. Texas*, No. 15-797, which has been relisted five times on a request for certiorari review of this Court's opinion in *Ex parte Moore*, 470 S.W.3d 481 (Tex. Crim. App. 2015).

It is upon these issues that oral argument is particularly sought. Undersigned counsel is of the opinion that oral argument would serve to clarify those issues and to explain to the Court why Petetan should prevail on them.

Sincerely,

/s/ Richard E. Wetzel
Richard E. Wetzel
Attorney at Law

cc: ACDA Harmon